IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY LEE MEADOWS,

    Plaintiff,                                No. CIV S-12-0628 DAD P

    vs.

VANMETER, et al.,

    Defendants.                        ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 or filed an application to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

        Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

        Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form

1

1 provided with this order; plaintiff is cautioned that failure to comply with this order or seek an
2 extension of time to do so will result in a recommendation that this action be dismissed without
3 prejudice; and
4     2. The Clerk of the Court is directed to send plaintiff an Application to Proceed
5 In Forma Pauperis By a Prisoner for use in a civil rights action.
6 DATED: March 16, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly
mead0628.3a