IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY LEE MEADOWS,

     Plaintiff,                    No. 2:12-cv-00628-GEB-DAD P

  vs.

HERRERA, et al.,

     Defendants.         <u>ORDER</u>

_____/

        On April 17, 2012, plaintiff notified the court that he wished to voluntarily dismiss this action. On April 18, 2012, the case was closed. Now before the court is plaintiff's letter, filed on August 13, 2012, in which plaintiff expresses his wish to instead proceed with his civil rights action. Rule 60 of the Federal Rules of Civil Procedure provides limited grounds for obtaining relief from a final judgment and plaintiff has not argued that such grounds exist here. In addition, plaintiff is advised that the dismissal of this action was without prejudice which allows plaintiff to proceed with a new action by filing a civil rights complaint and paying the filing fee or submitting an application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 13, 2012 letter requesting that his case, which was closed on April 18, 2012 pursuant to his voluntary dismissal, be re-opened (Doc. No. 12) is denied; and

1

2. The Clerk of the Court is directed to provide plaintiff with the court's form complaint for a § 1983 action and the application for obtaining leave to proceed in forma pauperis by a prisoner.

DATED: August 24, 2012.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mead0628.58